IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 12-CV-3461 |
| v. | ) | Judge Guzman |
| NORTHERN ILLINOIS TRANSIT, INC., | ) ) | |
| Defendant. | ) | |

## JUDGMENT FOR ATTORNEYS' FEES AND COSTS

On May 6, 2013, the Court entered final judgment in favor of Plaintiffs and against Defendants Northern Illinois Transit, Inc. in the amount of $113,794.74. The Court also awarded attorneys' fees and costs pursuant to 29 U.S.C. §1132(g)(2)(D). Pursuant to Local Rule 54.3, the parties have consulted on the reasonableness of the attorneys' fees and costs sought by Plaintiffs.

**NOW**, **THEREFORE**, the Court being fully advised in the premises **HEREBY FINDS AS FOLLOWS:**

1. Pursuant to 29 U.S.C. §1132(g)(2)(D), attorneys' fees in the amount of $24,622.75 for 125.90 hours of work performed by attorneys of record and their paralegals are found to be reasonable in amount and based upon reasonable rates of billing.

2. Costs are reasonable, and are therefore awarded in the amount of $689.95.

**IT IS HEREBY ORDERED THAT**:

      A.      Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs is granted.

      B.      Pursuant to Rule 54 of the Federal Rules of Civil Procedure and 29 U.S.C. §1132(g)(2), Plaintiffs shall have and recover from Defendants in attorneys' fees in the amount of $24,622.75, costs in the amount of $689.95, totaling $25,312.70

      C.      That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged and with said interest to be compounded annually.

      C.      Plaintiffs are awarded execution for the collection of the judgment and costs granted.

      Enter:

Dated:    July 22, 2013

      *Ronald A. Guzmán*
      United States District Judge