# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND, et.al., )
    (Judgment Creditors)    Plaintiffs, )
    -vs- )

CLERK, U.S. DISTRICT COURT

NORTHERN ILLINOIS TRANSIT, INC., an Illinois )
corporation, )
    **(Judgment Debtor)**    Defendant, )
    and )
)
COMMUNITY STATE BANK OF ROCK FALLS )
1801 1st Avenue )
Rock Falls, IL 61071 )
    Garnishee-Defendant. )

CASE NO.    12 C 3461
Judge Guzman

### INTERROGATORIES TO GARNISHEE

1.    When you were served with the summons, did you have in your possession, custody or control any property belonging to Northern Illinois Transit, Inc.,or in which Northern Illinois Transit, Inc., had an interest?

ANSWER:    _No_
           (Yes or No)

**FILED**

JUL 22 2013
July 22 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2.    If your answer is yes, describe the property:

_Demand Deposit Account over drawn_

3.    When you were served with the summons, were you otherwise indebted to Northern Illinois Transit, Inc., judgment debtors, no matter when payable?

ANSWER:    _No_
           (Yes or No)

4.    If your answer is yes, state:

Description: _____

Amount:    $_____

Date Due: _____

### AFFIDAVIT

_Community State Bank of Rock Falls_ on oath states that the answers to the interrogatories are true.    BY: _Don Searle, President/CEO_
                             _July 16, 2013_